UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                      NOTICE OF APPEARANCE

DANIEL RUSSO,                        20 CR. 0023 (DLI)

                Defendant.
---------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Benjamin Brafman, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant DANIEL RUSSO in the above-captioned matter.

_____
Benjamin Brafman, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: bbrafman@braflaw.com

Dated:       January 29, 2020
                  New York, NY